UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| HEATHER STEELE | * | |
| Plaintiff, | * | |
| v. | * | |
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) | * | Case No: 1:2017-CV-00270 |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), undersigned counsel hereby stipulates that all claims of Plaintiff, Heather Steele, herein against Defendant, National Railroad Passenger Corporation (AMTRAK), be dismissed in their entirety with prejudice. No answer or motion for summary judgment was served by Defendant.

Respectfully submitted,

_____/s/_____
H. David Leibensperger
Federal Bar No. 979695
Berman, Sobin, Gross,
Feldman & Darby, LLP
1301 York Road, Suite 600
Lutherville, Maryland  21093
Phone: (410) 769-5400
Facsimile: (410) 769-9201
hdavid@bsgfdlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May, 2017, a copy of the foregoing Notice of Dismissal With Prejudice was mailed first class, postage prepaid to:

NATIONAL RAILROAD PASSENGER
   CORPORATION (AMTRAK)
60 Massachusetts Avenue, NE
Washington, DC 20002

and

CT Corporation
1015 15th Street NW
Suite 1000
Washington, DC 20005

                                                /s/
                                    H. David Leibensperger
                                    Federal Bar No. 979695
                                    Berman, Sobin, Gross,
                                    Feldman & Darby, LLP
                                    1301 York Road, Suite 600
                                    Lutherville, Maryland   21093
                                    Phone: (410) 769-5400
                                    Facsimile: (410) 769-9201
                                    hdavid@bsgfdlaw.com
                                    *Counsel for Plaintiff*